UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, WARREN D. COOPER, JOHN P. BUTLER, WILLIAM J. FEDERICI, DANIEL L. KISNER, KENNETH I. MOCH, and PAMELA STEPHENSON, | Case No.: 2:23-cv-03502-KNS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Scott Wilson ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: January 5, 2024

**BRODSKY & SMITH**

By: *s/ Marc L. Ackerman*

Evan J. Smith
Marc L. Ackerman (56294)
Two Bala Plaza, Suite 805
Bala Cynwyd, PA 19004
Telephone: 610-667-6200
Facsimile: 610-667-9029

*Attorneys for Plaintiff*